UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FREDERIC PATTON | * | CIVIL ACTION NO.: |
| Plaintiff, | * | |
| VERSUS | * | SECTION: |
| AIR PRODUCTS, LLC, BRANDSAFWAY, LLC AND ABC INSURANCE COMPANY | * | JUDGE: |
| | * | MAGISTRATE: |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

### BRANDSAFWAY, LLC'S CONSENT TO REMOVAL

With full reservations of any and all defenses, objections, and exceptions, BrandSafway LLC, defendant herein, through undersigned counsel, hereby consents to the Notice of Removal (Rec. Doc. 1) filed by Air Products and Chemicals, Inc., which removed *Frederic Patton v. Air Products, LLC v. BrandSafway LLC and ABC Insurance Company*, Case No. C-711827, from Sec. 26 in the 19th Judicial District Court for East Baton Rouge Parish, State of Louisiana, to this Honorable Court, the United States District Court for the Middle District of Louisiana.

4077638 v1


EXHIBIT H

BrandSafway LLC is a limited liability company and is a wholly-owned subsidiary of Brand Industrial Projects LLC, which is a wholly-owned subsidiary of Brand Shared Services LLC. Brand Shared Services LLC is in turn a wholly-owned subsidiary of Brand Industrial Services, Inc., a Delaware corporation maintaining a principal place of business in Kennesaw, Georgia.

        Respectfully submitted,

        */s/ Alex P. Tilling*

**Alex P Tilling - # 29686**
**Michael J Catalano - # 38159**
**LEAKE & ANDERSSON LLP**
1100 Poydras Street, Suite 1700
New Orleans, LA 70163
Tel. (504) 585-7500
Fax. (504) 585-7775
    Emails:
      mcatalano@leakeandersson.com
      atilling@leakeandersson.com

*Attorneys for BrandSafway, LLC*