UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FREDERIC PATTON                      *    CIVIL ACTION NO.: 3:22-cv-00392
                          Plaintiff  *
VERSUS                               *    SECTION:
                                     *
AIR PRODUCTS, LLC,                   *
AIR PRODUCTS AND CHEMIICALS, INC.    *    JUDGE:      BRIAN A. JACKSON
BRANDSAFWAY, LLC AND                 *
ABC INSURANCE COMPANY                *    MAG: RICHARD L. BOURGEOIS, JR
                        Defendants   *
                                     *

*  *  *  *  *  *  *  *  *  *  *  *  *  *    *  *  *  *  *  *  *  *  *  *  *  *  *  *

## MOTION FOR LEAVE TO FILE AN AMENDED NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, come defendants, Air Products, LLC and Air Products and Chemicals, Inc., who move this court for leave to file and substitute the attached Amended Notice of Removal[1] for the Original Notice of Removal for the reasons set forth below:

1.

On June 15, 2022, defendants, Air Products, LLC and Air Products and Chemicals, Inc., filed a Notice of Removal with the following caption which was the caption on the Original Petition and First Supplemental and Amended Petition:

FREDERIC PATTON                      *    CIVIL ACTION NO.:
                          Plaintiff  *
VERSUS                               *    SECTION:
                                     *
AIR PRODUCTS, LLC,                   *
BRANDSAFWAY, LLC AND                 *    JUDGE:
ABC INSURANCE COMPANY                *
                                     *    MAGISTRATE
                        Defendants   *

_____

[1] See Exhibit "A", Amended Notice of Removal.

2.

Defendants now move for leave to file the attached Amended Notice of Removal with the caption amended as follows, all in accordance with Federal Rule of Civil Procedure 10:

| | | |
|---|---|---|
| FREDERIC PATTON | * | CIVIL ACTION NO.: 3:22-cv-00392 |
| Plaintiff | * | |
| VERSUS | * | SECTION: |
| | * | |
| AIR PRODUCTS, LLC, | | |
| AIR PRODUCTS AND CHEMIICALS, INC. | * | JUDGE:     BRIAN A. JACKSON |
| BRANDSAFWAY, LLC AND | * | |
| ABC INSURANCE COMPANY | * | MAG: RICHARD L. BOURGEOIS, JR |
| Defendants | * | |

3.

The caption is the only amendment to the original Notice of Removal.

WHEREFORE, defendants, Air Products, LLC and Air Products and Chemicals, Inc., respectfully requests the Court grant its motion for leave and order the Amended Notice of Removal be filed into the record and substituted for the original notice of removal.

Respectfully submitted,

**BLUE WILLIAMS, L.L.P.**

*/s/ Paul D. Palermo*
**PAUL D. PALERMO (#19725)**
**CRAIG V. SWEENEY (#23954)**
3421 N. Causeway Blvd., Suite 900
Metairie, Louisiana  70002
Telephone:  (504) 831-4091
Facsimile:  (504) 837-1182
ppalermo@bluewilliams.com
csweeney@bluewilliams.com
Attorneys for defendants,
Air Products, LLC and
Air Products and Chemicals, Inc.

## <u>CERTIFICATE OF SERVICE</u>

    I do hereby certify that I have on this 20th day of June 2022 served a copy of the foregoing pleading on all known counsel of record for all parties to this proceeding via United States mail, facsimile transmission or electronic mail message.

*/s/ Paul D. Palermo*
PAUL D. PALERMO

4091029 v1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FREDERIC PATTON | * | CIVIL ACTION NO.: 3:22-cv-00392 |
| Plaintiff | * | |
| VERSUS | * | SECTION: |
| | * | |
| AIR PRODUCTS, LLC, | | |
| AIR PRODUCTS AND CHEMIICALS, INC. | * | JUDGE:      BRIAN A. JACKSON |
| BRANDSAFWAY, LLC AND | * | |
| ABC INSURANCE COMPANY | * | MAG: RICHARD L. BOURGEOIS, JR |
| Defendants | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

HAVING CONSIDERED the defendants' Motion for Leave to File an Amended Notice of Removal:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

That the Amended Notice of Removal is filed into the record and substituted for the Original Notice of Removal.

**ORDER GRANTED** this _____ day of June 2022 in Baton Rouge, Louisiana.


_____

HON. BRIAN A. JACKSON
UNITED STATES DISTRICT COURT JUDGE

4091029 v1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FREDERIC PATTON | * | CIVIL ACTION NO.: 3:22-cv-00   392 |
| Plaintiff | * | |
| VERSUS | * | SECTION: |
| | * | |
| AIR PRODUCTS, LLC, | * | |
| AIR PRODUCTS AND CHEMIICALS, INC. | * | JUDGE:    BRIAN A. JACKSON |
| BRANDSAFWAY, LLC AND | * | |
| ABC INSURANCE COMPANY | * | MAG: RICHARD L. BOURGEOIS, JR |
| Defendants | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## <u>AMENDED NOTICE OF REMOVAL</u>

TO:    Clerk of Court
United States District Court
Middle District of Louisiana

Defendants, Air Products, LLC and Air Products and Chemicals, Inc., by and through undersigned counsel, hereby give notice of the removal of this action from the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, to the United States District Court for the Middle District of Louisiana.  In support of the Notice of Removal, Air Products, LLC and Air Products and Chemicals, Inc. state as follows:

1.

The above-titled case was originally filed and is pending in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, as docket number C711827, Section 26.[1]

---

[1] See Exhibit "A," Petition for Damages.



**2.**

The Petition for Damages was filed on September 29, 2021 and named Air Products, LLC, BrandSafway, LLC and ABC Insurance Company as defendants.[2]

**3.**

The First Supplemental and Amended Petition for Damages was filed on February 23, 2022, and named Air Products and Chemicals, Inc., BrandSafway, LLC and ABC Insurance Company as defendants.[3]

**4.**

The United States District Court for the Middle District of Louisiana is the court embracing the place wherein such action is pending in state court.

**5.**

This removal is effected and has been timely filed within thirty (30) days of the removing defendants being provided documentation demonstrating the amount in controversy is met and within one year after commencement of the action, as allowed by 28 U.S.C. 1446(b).

**6.**

This Court has jurisdiction over this matter and is properly removed to this Court pursuant to 28 U.S.C. 1332, 1441, and 1446

---

[2] Id.
[3] See Exhibit "B," First Supplemental and Amended Petition for Damages.

## I. **Diversity of Citizenship Jurisdiction**

7.

This action is properly removed to this Court pursuant to 28 U.S.C. 1332 and 1441, in that all properly joined and served parties are of diverse citizenship, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

8.

At the time of the filing of the Petition for Damages and First Supplemental and Amended Petition for Damages, plaintiff was domiciled in the County of Harris, State of Texas.[4]

9.

At the time of the filing of the Petition for Damages, Air Products, LLC was a single member limited liability company with Air Products Helium, Inc. as its sole member. Air Products Helium, Inc. is a Delaware corporation with its principal place of business in Pennsylvania.[5]

10.

At the time of the filing of the First Supplemental and Amended Petition for Damages, defendant, Air Products and Chemicals, Inc., was a Delaware corporation with its principal place of business in Pennsylvania.[6]

11.

BrandSafway LLC is a limited liability company and is a wholly-owned subsidiary of Brand Industrial Projects LLC, which is a wholly-owned subsidiary of Brand Shared

---

[4] See Exhibit "A," Petition for Damages at ¶ 1.
[5] See Exhibit "C," Affidavit of Benjamin M. Hussa.
[6] See Exhibit "D," Affidavit of Benjamin M. Hussa.

4091029 v1

Services LLC. Brand Shared Services LLC is in turn a wholly-owned subsidiary of Brand Industrial Services, Inc., a Delaware corporation maintaining a principal place of business in Kennesaw, Georgia.[7]

12.

There is complete diversity of citizenship. Plaintiff is considered a Texas citizen. Defendants are considered citizens of Delaware, Georgia, and Pennsylvania.

## II. **Amount in Controversy**

13.

Plaintiff alleged that while working at the Air Products and Chemicals, Inc. facility in Geismar, Louisiana, he fell from a scaffold.[8]

14.

Plaintiff alleged he sustained severe personal injuries as a result of the fall.[9]

15.

The original Petition for Damages and First Supplemental and Amended Petition for Damages are silent as to the total amount in controversy. As such, the removing party must "establish by a preponderance of the evidence that the amount in controversy exceeds $75,000." Grant v. Chevron Phillips Chem. Co. L.P., 309 F.3d 864, 868 (5th Cir. 2002), cert denied, 538 U.S. 945 (2003). Although defendants deny liability, it is apparent that the amount in controversy in this matter exceeds $75,000. Id.; see also St. Paul Reinsurance Co., Ltd. v. Greenberg, 134 F.3d 1250, 1254-54 (5th Cir. 1998).

---

[7] See Exhibit "E," Affidavit of Ryan M. Wiesner.
[8] See Exhibit "B," First Supplemental and Amended Petition for Damages at ¶ 3.
[9] Id. at ¶ 3.

4

16.

In his petition, Frederic Patton itemized his damages as follows: (1) medical expenses; (2) lost wages and lost earning capacity; (3) physical and mental pain and suffering, mental anguish, disfigurement, physical impairment, limitation of activities and (4) loss of enjoyment of life. [10]

17.

On May 16, 2022, undersigned counsel received responses to discovery, including various medical records and bills. According to the responses, plaintiff has been diagnosed with disc protrusion at the C4-5, L5-6, and C6-7 levels; and disc protrusion/herniation at the L4-5 and L5-S1 levels.[11]

18.

General damages for the injuries sustained to plaintiff's lumbar and cervical spine, may total or exceed $75,000. See Hebert v. Boesch, 194 So.3d 798 (La. App. 1 Cir. 2016); Ridgel v. Chevalier, 288 So.3d 192 (La. App. 4 Cir. 2019); and, Williams v. Mathieu, 155 So.3d 54 (La. App. 4 Cir. 2014).

19.

According to the discovery responses, medical expenses to date total over $95,000.[12]

---

[10] Id. at ¶ 8.
[11] See Exhibit "F," Responses to Request for Production and Medical Records.
[12] Id.

5

20.

Defendant also issued a Request for Admission requesting that plaintiff admit that the amount in controversy does not exceed $75,000.  Plaintiff denied this Request for Admission.[13]

21.

Defendants, Air Products, LLC and Air Products and Chemicals, Inc., assert that this Honorable Court has original jurisdiction over the aforementioned lawsuit pursuant to 28 U.S.C. §1332, in that the plaintiff is diverse in citizenship from the defendants named in the Petition for Damages and the First Supplemental and Amended Petition and the amount in controversy exceeds $75,000.00.

22.

Defendants are entitled to remove this case to this Honorable Court for disposition pursuant to the removal provisions of 28 U.S.C. §1441.

23.

BrandSafway, LLC consents to removal.[14]

24

Pursuant to 28 U.S.C. § 1446(d), plaintiff is being provided with a copy of this Notice of Removal, and a copy of this Notice of Removal is being filed with the Clerk of the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

---

[13] See Exhibit "G," Plaintiff's Responses to Request for Admissions.
[14] See Exhibit "H," Consent to Removal.

6

25.

Consistent with the provisions of 28 U.S.C. §1446(d), no further proceedings shall be had in this matter in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

20.

Pursuant to Rule 11 of the Federal Rules of Civil Procedure, undersigned counsel hereby certify that they have read the forgoing Notice of Removal, that to the best of their knowledge, information, and belief formed after reasonably inquiry, it is well-grounded in fact and is warranted by existing law, and it is not interposed for any improper purpose.

WHEREFORE, defendants, Air Products, LLC and Air Products and Chemicals, Inc., pray that the lawsuit entitled Frederic Patton v. Air Products, LLC, et al, now pending in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, and bearing docket number C-711827, Section 26, be removed to this, the United States District Court for the Middle District of Louisiana, and for all just and equitable relief as allowed by law.

Respectfully submitted,

**BLUE WILLIAMS, L.L.P.**

*/s/ Paul D. Palermo*
**PAUL D. PALERMO (#19725)**
**CRAIG V. SWEENEY (#23954)**
3421 N. Causeway Blvd., Suite 900
Metairie, Louisiana  70002
Telephone:  (504) 831-4091
Facsimile:  (504) 837-1182
ppalermo@bluewilliams.com
csweeney@bluewilliams.com
Attorneys for defendants,
Air Products, LLC and
Air Products and Chemicals, Inc.

7

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 20th day of June 2022 served a copy of the foregoing pleading on all known counsel of record for all parties to this proceeding via United States mail, facsimile transmission or electronic mail message.

/s/ Paul D. Palermo
PAUL D. PALERMO

4091029 v1