In the United States District Court
Middle District of Louisiana

**Frederic Patton** § C.A. No. 22-392-BAJ-RLB
§
**vs.** §
§
**Air Products, LLC, et al.** §

**Plaintiff's Second Amended Petition**

**NOW INTO COURT**, through undersigned counsel, comes plaintiff Frederic Patton, who supplements the First Amended Petition for Damages as follows:

**I.**

Plaintiff restates and realleges each and every allegation set forth in the First Supplemental and Amended Petition for Damages as if set for herein *in extenso*.

**II.**

Defendant AIR PRODUCTS, LLC was named in error in the original Petition for Damages in the above captioned matter. Air Products and Chemicals, Inc. owns and operates the plant where the Plaintiff sustained injury which is the subject of this suit; therefore, Air Products and Chemicals, Inc. is the proper party Defendant in this action. The Parties have filed a stipulation of dismissal, and Air Products, LLC is no longer a defendant in this case.

1.

Made Defendants herein:

A. **AIR PRODUCTS AND CHEMICALS, INC.**, on information and belief, is a foreign entity authorized to do and conduct business in the State of Louisiana;

B. **BRANDSAFWAY, LLC**, on information and belief, is a foreign entity authorized to do and conduct business in the State of Louisiana;

C. **ABC INSURANCE COMPANY,** on information and belief is a foreign insurance company that is authorized to do and conduct business in the State of Louisiana.

2.

This is a civil action to recover damages sustained by Frederic Patton for personal injuries and other damages against the above named defendants, Air Products and Chemicals, Inc., BrandSafway, LLC and ABC Insurance Company (sometimes hereinafter referred to as "Defendants"), who are liable unto your Petitioner in a sum of damages as is reasonable in the premises, together with legal interest thereon from and after the date of judicial demand, until paid and for all costs of these proceedings, for the following, to-wit:

3.

On or about September 29, 2020, Frederic Patton was injured while at work at the Air Products and Chemicals, Inc. plant in Geismar, Louisiana. Mr. Patton was a contract worker who was employed by JV Industrial Companies. Mr. Patton was working on top of a scaffold, approximately 7-8 feet high, when he turned around to unhook his harness, and the scaffold fell from underneath him. Mr. Patton landed on top of some pipes and sustained serious injuries. Plaintiff will show that nothing that he did or failed to do on the occasion in question caused, or in any way, contributed to the

occurrence or his resulting injuries. To the contrary, upon information and belief, Frederic Patton alleges that the incident and resulting damages were directly and proximately caused by the negligence, both of commission and omission, of the Defendants.

4.

At all relevant times, defendant Air Products and Chemicals, Inc. exercised and/or retained control over the worksite and the activities ongoing at the time of the subject incident. Moreover, defendant Air Products and Chemicals, Inc. had actual knowledge and privity of the particular hazardous conditions of the instrumentalities at the refinery that brought about Fredric Patton's injuries, and failed to report those hazardous conditions to its contractors or their employees working on and near those instrumentalities or to remedy the hazardous conditions.

5.

Upon information and belief, defendant Air Products and Chemicals, Inc owed certain duties to Plaintiff and was negligent in one or more of the following particulars, each of which acts and/or omissions, individually or collectively, constitutes negligence which proximately caused the incident made the basis of this lawsuit, and the resulting injuries and damages to Plaintiff:

1. Failing to provide and maintain a safe workplace;
2. Failing to insure proper installation of scaffolding;
3. Failing to properly maintain scaffolding;

4. Failing to properly secure scaffolding;

5. Failing to properly plan and engineer the activities, in particular, those ongoing in the area where Mr. Patton was working;

6. Failing to adequately coordinate the work of the contractors to ensure safety for the duration of the scaffolding activity;

7. Failing to adequately prepare the site for scaffolding activities;

8. Failing to have adequate safety policies and procedures in place;

9. Failing to properly warn Mr. Patton of the dangers associated with the work he was doing;

10. Failing to properly train and supervise workers;

11. Failing to provide proper overhead protection;

12. Failing to properly secure the pipes on or near the scaffolding job; and

13. Failing to test the structural integrity of the scaffolding job.

6.

Upon information and belief, defendant BrandSafway, LLC owed certain duties to Plaintiff and was negligent in one or more of the following particulars, each of which acts and/or omissions, individually or collectively, constitutes negligence which proximately caused the incident made the basis of this lawsuit, and the resulting injuries and damages to Plaintiff:

1. Failing to provide and maintain a safe workplace;

2. Failure to design and implement a safe scaffolding plan;

3. Failure to properly install scaffolding;

4. Failure to properly maintain scaffolding;

5. Failure to secure scaffolding; and

6. Failure to hire and train its employees appropriately for the job.

7.

Petitioner alleges that upon information and belief that at the time of the subject incident as fully described herein, there was in full force and effect a policy or policies of insurance which were issued by the defendant ABC INSURANCE COMPANY to defendants AIR PRODUCTS AND CHEMICALS, INC. and BRANDSAFWAY, LLC whereby ABC INSURANCE COMPANY agreed to provide liability insurance coverage for the types of injuries and damages complained of herein by the Plaintiff.

8.

Frederic Patton suffered serious injuries due to falling from the scaffolding and landing on pipes. Frederic Patton has incurred medical expenses and likely will continue to incur medical expenses in the future as a result of these serious injuries. Frederic Patton has suffered physical and mental pain and suffering, mental anguish, disfigurement, physical impairment, limitation of activities and loss of enjoyment of life. It is likely he will continue to suffer these damages as a result of these serious injuries. Frederic Patton has also suffered, and likely will continue to suffer, lost wages and a loss earning capacity. Plaintiff Frederic Patton does not make any claim for damages related to loss of fringe benefits. Plaintiff contends that Defendants are indebted unto him for reasonable damages in the premises in connection with the serious injuries.

9.

Petitioner alleges upon information and belief that it will be necessary to present expert testimony during the preparation for trial on the merits of this case and as such, desires that all such expert witness fees and deposition costs be taxed as court costs and assessed against the said Defendants.

10.

Plaintiff avers amicable demand to no avail.

11.

Plaintiff requests a jury trial in this matter.

**WHEREFORE**, petitioner FREDERIC PATTON prays that the defendants AIR PRODUCTS AND CHEMICALS, INC., BRANDSAFWAY, LLC AND ABC INSURANCE COMPANY, be duly served with a copy of this Petition for Damages and cited to appear herein and answer same in the manner prescribed by law and as the law directs and that after the lapse of all legal delays and due proceedings are had, that there be judgment herein in favor of petitioner, FREDERIC PATTON and against the defendants, AIR PRODUCTS AND CHEMICALS, INC., BRANDSAFWAY, LLC AND ABC INSURANCE COMPANY individually and in solido in an amount of damages as are reasonable in the premises, together with legal interest from the date of judicial demand, until paid, and for all costs of these proceedings including the fees of expert witnesses, for all orders and decrees necessary in the premises, for all costs of these proceedings and for full, general and equitable relief.

Respectfully submitted,

**The Alfred Firm**

*/s/ Byron C. Alfred*

_____

**Byron C. Alfred**
SBN: 24084507
Byron@alfredfirm.com
**Johnny Alfred III**
SBN: 24087092
Johnny@alfredfirm.com
2211 Norfolk Street, Ste. 803
Houston, Texas 77098
Telephone: 713-470-9714
Facsimile: 877-751-7453
**Attorneys for Plaintiff Frederic Patton**

**McCORVEY LAW, LLC**

*/s/ Derriel McCorvey*

_____

**Derriel C. McCorvey**
LA Bar Roll# 26083
TX Bar Roll# 24073351
derriel@mccorveylaw.com
102 Versailles Blvd., Ste. 620
Lafayette, LA 70502
Tel:  337-291-2431
Fax: 337-291-2433
**Attorneys for Plaintiff Frederic Patton**

### Certificate of Service

The undersigned authority hereby certifies that a true and correct copy of the foregoing instrument has been served upon all counsel of record pursuant to the FRCP, on this the 21st day of November, 2023.

*/s/ Byron C. Alfred*

_____
**Byron C. Alfred**