## In the United States District Court
## Middle District of Louisiana

| | | |
|---|---|---|
| **Frederic Patton** | § | **C.A. No. 22-392-BAJ-RLB** |
| | § | |
| **vs.** | § | |
| | § | |
| **Air Products, LLC, et al.** | § | |

### Notice of Settlement

Plaintiff, through his undersigned counsel, hereby notifies the Court that the parties have reached a settlement of all claims. Once the Parties have prepared and executed appropriate settlement documents, they will submit a stipulation of dismissal and a proposed consent order of dismissal with prejudice to the Court.

Respectfully submitted,

**The Alfred Firm**

*/s/ Byron C. Alfred*
_____

**Byron C. Alfred**
SBN: 24084507
Byron@alfredfirm.com
**Johnny Alfred III**
SBN: 24087092
Johnny@alfredfirm.com
2211 Norfolk Street, Ste. 803
Houston, Texas 77098
Tel: 713-470-9714
Fax: 877-751-7453
**Attorneys for Plaintiff Frederic Patton**

**and**

**McCorvey Law LLC**

*/s/ Derriel McCorvey*

---

**Derriel C. McCorvey**
LA Bar Roll# 26083
TX Bar Roll# 24073351
derriel@mccorveylaw.com
102 Versailles Blvd., Ste. 620
Lafayette, LA 70502
Tel: 337-291-2431
Fax: 337-291-2433
**Attorney for Plaintiff Frederic Patton**

## Certificate of Service

The undersigned authority hereby certifies that a true and correct copy of the foregoing instrument has been served upon all counsel of record pursuant to the FRCP, on this the 17th day of January, 2024.

*/s/ Byron C. Alfred*

---

**Byron C. Alfred**