# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

FREDERIC PATTON                                    CIVIL ACTION

VERSUS

AIR PRODUCTS AND CHEMICALS, INC.,
ET AL.                                             NO. 22-00392-BAJ-RLB

### JUDGMENT

Considering the parties' **Joint Motion To Dismiss With Prejudice (Doc. 93)**, which the Court construes as a stipulation of dismissal that dismisses the above-captioned action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

**IT IS FURTHER ORDERED** that the telephone status conference currently set for March 1, 2024, at 10:30 A.M. be and is hereby **CANCELLED**.

Baton Rouge, Louisiana, this 29th day of February, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

jury